■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY CAMPBELL, Appellant. [662 NYS2d 275] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered December 19, 1995, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the seventh degree, and unlawful possession of marihuana, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The specific claims raised by the defendant regarding the alleged insufficiency of the evidence are unpreserved for appellate review (*see, People v Bynum,* 70 NY2d 858; *People v Udzinski,* 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v*

*Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. O'Brien, J. P., Sullivan, Altman and McGinity, JJ., concur.